March 2, 1971

No. 71–4  Ronnie L. Lail, LCPL, U. S. Marine Corps v United States.

ORDERED:
That said Petition be, and the same is, hereby dismissed as moot. This action is without prejudice to the right of petitioner to raise the issue therein presented should the same be considered necessary or advisable during the course of appellate review below and in a Petition for Grant of Review to this Court.

No. 71–7  John H. Jones, LCPL, U. S. Marine Corps v United States.

ORDERED:
That said Petition be, and the same is, hereby dismissed. This action is without prejudice to the right of petitioner to raise the issue therein presented should the same be considered necessary or advisable during the course of appellate review below and in a Petition for Grant of Review to this Court.